# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**CEDRIC GREENE**                                                                                     **PLAINTIFF**

**V.**                               **CASE NO. 5:26-CV-5035**

**ASTRANA HEALTH**                                                                              **DEFENDANT**

## ORDER

On February 10, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of the Complaint pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R") (Doc. 5) finding that the case should be dismissed. On February 17, 2026, Plaintiff filed Objections to the R&R (Doc. 7), which triggered this Court's *de novo* review of the record.

The R&R explains why the Court lacks diversity jurisdiction over this case, as Plaintiff and Defendant are both citizens of California. The Objections fail to engage with the reasons for dismissal. In particular, Plaintiff does not dispute that he is currently domiciled in California and that all of his claims are state torts.

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITHOUT PREJUDICE** on preservice screening under 28 U.S.C. § 1915(e) for the reasons stated in the R&R.

**IT IS SO ORDERED** on this 18th day of February, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE